E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM                                                                                                  JS-6
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANGELA THORNTON-MILLARD, IABN 17922
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (816) 936-5079
    E-mail: angela.thornton-millard@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ARICELI CABELLO,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.  5:24-cv-01486-JC<br><br>JUDGMENT OF REMAND |

///

///

///

     The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment in favor of Plaintiff ("Stipulation to Remand"), and against Defendant, reversing the final decision of the Commissioner lodged concurrent within the Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   December 10, 2024

                                             /s/
                              HONORABLE JACQUELINE CHOOLJIAN
                              UNITED STATES MAGISTRATE JUDGE